IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:11CR3118<br>) |
| ROBERT FLEMING, | )<br>)<br>) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Extend the Deadline for Filing Pretrial Motions, filing 17, from December 22, 2011, until January 5, 2012. The Court, being fully advised in the premises, finds said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Fleming shall file any pretrial motions in the above captioned matter no later than Thursday, January 5, 2012. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and Mr. Fleming in a speedy trial. Accordingly, the time from December 22, 2011, until January 5, 2012, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 22nd day of December, 2011.

BY THE COURT:

*/s/ Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge