IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:11CR3118 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT FLEMING, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Deadline for Filing Pretrial Motions and Trial. The Court, being fully advised in the premises, and noting that the government has no objection to these continuances, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Fleming shall file any pretrial motions in the above captioned matter no later than Thursday, January 19, 2012. It is further ordered that trial of this matter, presently scheduled for January 30, 2012, shall be continued until March 5, 2012, at 9:00 a.m. The defendant is ordered to appear at such time.

IT IS FURTHER ORDERED that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions and continuing the trial of this matter, and that taking such action outweighs the best interests of the public and Mr. Fleming in a speedy trial. Accordingly, the time from January 5, 2012, until the date next set for trial shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 6th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge