IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:11CR3118 |
| Plaintiff, | ) | |
| | ) | |
| v. | **)** | **ORDER** |
| | ) | |
| ROBERT FLEMING, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial (filing 23). The Court, being fully advised in the premises, and noting that the government has no objection to this continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that trial of this matter, presently scheduled for March 5, 2012, shall be continued until May 14, 2012, at 9:00 a.m. The defendant is ordered to appear at such time.

IT IS FURTHER ORDERED that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the trial of this matter, and that taking such action outweighs the best interests of the public and Mr. Fleming in a speedy trial. Accordingly, the time from March 5, 2012, until the date next set for trial shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 27th day of February, 2012.

BY THE COURT:

s/ Cheryl R. Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge