IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 4:11CR3118 |
| v. | ) ) ) | **ORDER** |
| ROBERT FLEMING, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Deadline to File Objection to Findings, Recommendation and Order (filing 44). The Court, being fully advised in the premises, and noting that the government has no objection to this request for continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Fleming shall file his objection to the Court's Findings, Recommendation and Order no later than Wednesday, September 19, 2012.

DATED this 14th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge